J. Stephen Peek, Esq.
Nevada Bar No. 1758
Brad M. Johnston, Esq.
Nevada Bar No. 8515
David J. Freeman, Esq.
Nevada Bar No. 10045
HOLLAND & HART LLP
3800 Howard Hughes Parkway, 10th Floor
Las Vegas, Nevada 89169
(702) 669-4600
(702) 669-4650 – fax
speek@hollandhart.com
bjohnston@hollandhart.com
dfreeman@hollandhart.com

*Attorneys for Plaintiffs NAPA VALLEY I, LLC and NAPA VALLEY II, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: INTERNAL REVENUE SERVICE § 1031 TAX DEFERRED EXCHANGE LITIGATION<br><br>Sorrell, et al. v. Southwest Exchange, Inc., et al. | MDL Docket No. 1878<br>Case No.: 07-cv-01394-RCJ-(LRL) |
| SORRELL, et al. and SOUTHWEST EXCHANGE, INC, et al.,<br>               Plaintiffs,<br>vs.<br>SNELL & WILMER, LLP and PATRICK G. BYRNE,<br>               Defendants. | Case No.: 08-CV-00761-RCJ-(LRL)<br><br>THE NAPA VALLEY PLAINTIFFS' REQUEST FOR EXCLUSION FROM WAVE V SETTLEMENT CLASS |

Plaintiffs Napa Valley I, LLC ("Napa I") and Napa Valley II, LLC ("Napa II") (Napa I and Napa II are collectively referred to herein as the "Napa Valley Plaintiffs"), by and through their undersigned counsel of record, Holland & Hart LLP, hereby opt-out and request to be excluded from the settlement class ("Wave V Settlement Class") under the settlement agreements between Defendants Carolina Casualty Company ("Carolina"), RSUI Indemnity Company ("RSUI"), Medicor, Ltd. ("Medicor"), Snell & Wilmer, LLP ("Snell") and Patrick G. Byrne ("Byrne") (Carolina, RSUI, Medicor, Snell and Byrne are collectively referred to hereinafter as the "Wave V Settling Defendants") and Plaintiffs (the "Wave V Settlement") in

Page 1 of 3

4810180_1

the above-captioned matters.

Pursuant to this Court's order granting preliminary approval of the Wave V Settlement, a request for exclusion from the Wave V Settlement Class must be served upon counsel for the Plaintiffs and the Wave V Settling Defendants. Such notice has been sent to Plaintiffs' counsel and counsel for the Wave V Settling Defendants; therefore, the Napa Valley Plaintiffs hereby opt-out of and request to be excluded from the Wave V Settlement Class. Attached hereto as **Exhibit "A"** is the notice sent to Plaintiffs' counsel and counsel for the Wave V Settling Defendants. Although the Napa Valley Plaintiffs are opting-out and excluding themselves from the Wave V Settlement Class, the Napa Valley Plaintiffs have agreed to the Wave V Settlements with the Wave V Settling Defendants, agree to be bound by the Wave V Settlements, and have obtained or will obtain payment of their share of the settlement proceeds through the action styled, In Re: Receivership of Southwest Exchange, Inc. and Consolidated Litigation, Case No. A535439, pending in the Eighth Judicial District Court of the State of Nevada in and for Clark County, Nevada, Hon. Elizabeth Gonzalez presiding.

DATED this 10th day of May, 2010.

_____
J. Stephen Peek, Esq.
Brad M. Johnston, Esq.
David J. Freeman, Esq.
HOLLAND & HART LLP
3800 Howard Hughes Parkway, 10th Floor
Las Vegas, Nevada 89169

*Attorneys for Plaintiffs NAPA VALLEY I, LLC and NAPA VALLEY II, LLC*

4810180_1

## CERTIFICATE OF SERVICE VIA CM/ECF

I hereby certify that on this 10th day of May, 2010, I did serve, via Case Management/Electronic Case Filing, a copy of the above and foregoing **THE NAPA VALLEY PLAINTIFFS' REQUEST FOR EXCLUSION FROM WAVE V SETTLEMENT CLASS.**

_____
An employee of HOLLAND & HART LLP

# EXHIBIT A



**David J. Freeman**
**Phone** (702) 222-2511
dfreeman@hollandhart.com
72159-0001

May 10, 2010

**VIA U.S. MAIL, ELECTRONIC MAIL, AND WIZNET**

Robert L. Brace, Esq.
Michael P. Denver, Esq.
Hollister & Brace
P.O. Box 630
Santa Barbara, CA 93102
RLBrace@hbsb.com
mpdenver@hbsb.com

Thomas G. Foley, Jr., Esq.
Robert A. Curtis, Esq.
Foley Bezek Behle & Curtis, LLP
15 West Carrillo Street
Santa Barbara, CA 93101
tfoley@foleybezek.com
rcurtis@foleybezek.com

Anthony A. Zmaila, Esq.
Anthony A. Zmaila Limited PLLC
265 East Warm Springs Rd. Suite 100
Las Vegas, Nevada 89119
tony@aaznevada.com

Dennis M Prince
Prince & Keating, LLP
3230 S Buffalo Dr
Suite 108
Las Vegas, NV 89117
aebinger@princekeating.com

Jennifer D. McKee, Esq.
Ryan A. Loosvelt, Esq.
Duane Morris LLP
701 Bridger Avenue, Suite 670
Las Vegas, Nevada 89101
jdmckee@duanemorris.com
rloosvelt@duanemorris.com

Kenneth M. Webster, Esq.
David P. Ferrainolo, Esq.
Hall Prangle & Schoonveld, LLC
777 North Rainbow Blvd., Suite 225
Las Vegas, Nevada 89107
kwebster@hpslaw.com
dferrainolo@hpslaw.com

Jeffrey D. Prol, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, New Jersey 07068
jprol@lowenstein.com

Dennis L. Kennedy
Craig A. Henderson
Bailey Kennedy
8984 Spanish Ridge Ave
Las Vegas, NV 89148-1302
dkennedy@baileykennedy.com



James P. Fogelman
Lindsey Blenkhorn
Sarah R. Wetzstein
Gibson, Dunn & Crutcher, LLP
333 S. Grand Ave.
Los Angeles, CA 90071
jfogelman@gibsondunn.com
lblenkhorn@gibsondunn.com
swetzstein@gibsondunn.com

William P. Bila, Esq.
Neil E. Holmen, Esq.
Ryan Rodman, Esq.
Walker Wilcox Matousek LLP
225 W. Washington Street, Suite 2400
Chicago, Illinois 60606
wbila@wwmlawyers.com
nholmen@wwmlawyers.com
rrodman@wwmlawyers.com

Steve L. Morris
Ryan M. Lower
Morris Peterson
900 Bank Of America Plaza
300 South Fourth Street
Las Vegas, NV 89101
sm@morrislawgroup.com

    Re: ***In Re: Internal Revenue Service § 1031 Tax Deferred Exchange Litigation***
          United States District Court Case No. 2:07-cv-01394-RCJ-LRL

          ***Sorrell, et al. and Southwest Exchange, Inc. v. Snell & Wilmer, et al.***
          United States District Court Case No. 2:08-CV-00761-RCJ-(LRL)

Dear Counsel:

    This firm represents Plaintiffs Napa Valley I, LLC ("Napa I") and Napa Valley II, LLC ("Napa II") (Napa I and Napa II are collectively referred to herein as the "Napa Valley Plaintiffs"), and I am writing to you on their behalf in response to the Notice of Wave V Settlements with Defendants Carolina Casualty Company ("Carolina"), RSUI Indemnity Company ("RSUI"), Medicor, Ltd. ("Medicor"), Snell & Wilmer, LLP ("Snell") and Patrick G. Byrne ("Byrne") (Carolina, RSUI, Medicor, Snell and Byrne are collectively referred to hereinafter as the "Wave V Settling Defendants") received from Mr. Brace on or about April 29, 2010.

    The Napa Valley Plaintiffs are exercising their right to opt-out and be excluded from the Wave V settlement class; however, the Napa Valley Plaintiffs remain a party to and bound by the Wave V settlement agreements with the Wave V Settling Defendants. The Napa Valley Plaintiffs have obtained or will obtain their share of the Wave V settlement proceeds through the State court action currently pending before Judge Gonzalez and/or the Receiver and/or the Qualified Settlement Fund.



      Consistent with the foregoing notice, the Napa Valley Plaintiffs will be filing the enclosed *Request for Exclusion from Wave V Settlement Class* in the Federal court actions pending before Judge Jones.

      If you have any questions concerning the foregoing, please do not hesitate to contact me at (702) 669-4631.

      Respectfully,

      David J. Freeman
      for Holland & Hart LLP

DJF/dmb
Enclosure

4810415_1

1  J. Stephen Peek, Esq.
   Nevada Bar No. 1758
2  Brad M. Johnston, Esq.
   Nevada Bar No. 8515
3  David J. Freeman, Esq.
   Nevada Bar No. 10045
4  HOLLAND & HART LLP
   3800 Howard Hughes Parkway, 10th Floor
5  Las Vegas, Nevada 89169
   (702) 669-4600
6  (702) 669-4650 – fax
   speek@hollandhart.com
7  bjohnston@hollandhart.com
   dfreeman@hollandhart.com
8
   *Attorneys for Plaintiffs NAPA VALLEY I, LLC and*
9  *NAPA VALLEY II, LLC*

10                       UNITED STATES DISTRICT COURT

11                              DISTRICT OF NEVADA

| | |
|---|---|
| 12  IN RE: INTERNAL REVENUE SERVICE § 1031 TAX DEFERRED EXCHANGE LITIGATION | MDL Docket No. 1878 Case No.: 07-cv-01394-RCJ-(LRL) |
| 14  Sorrell, et al. v. Southwest Exchange, Inc., et al. | |
| 15  SORRELL, et al. and SOUTHWEST EXCHANGE, INC, et al., Plaintiffs, vs. SNELL & WILMER, LLP and PATRICK G. BYRNE, Defendants. | Case No.: 08-CV-00761-RCJ-(LRL)  THE NAPA VALLEY PLAINTIFFS' REQUEST FOR EXCLUSION FROM WAVE V SETTLEMENT CLASS |

21      Plaintiffs Napa Valley I, LLC ("Napa I") and Napa Valley II, LLC ("Napa II") (Napa I

22 and Napa II are collectively referred to herein as the "Napa Valley Plaintiffs"), by and through

23 their undersigned counsel of record, Holland & Hart LLP, hereby opt-out and request to be

24 excluded from the settlement class ("Wave V Settlement Class") under the settlement

25 agreements between Defendants Carolina Casualty Company ("Carolina"), RSUI Indemnity

26 Company ("RSUI"), Medicor, Ltd. ("Medicor"), Snell & Wilmer, LLP ("Snell") and Patrick G.

27 Byrne ("Byrne") (Carolina, RSUI, Medicor, Snell and Byrne are collectively referred to

28 hereinafter as the "Wave V Settling Defendants") and Plaintiffs (the "Wave V Settlement") in

4810180_1

the above-captioned matters.

Pursuant to this Court's order granting preliminary approval of the Wave V Settlement, a request for exclusion from the Wave V Settlement Class must be served upon counsel for the Plaintiffs and the Wave V Settling Defendants. Such notice has been sent to Plaintiffs' counsel and counsel for the Wave V Settling Defendants; therefore, the Napa Valley Plaintiffs hereby opt-out of and request to be excluded from the Wave V Settlement Class. Attached hereto as **Exhibit "A"** is the notice sent to Plaintiffs' counsel and counsel for the Wave V Settling Defendants. Although the Napa Valley Plaintiffs are opting-out and excluding themselves from the Wave V Settlement Class, the Napa Valley Plaintiffs have agreed to the Wave V Settlements with the Wave V Settling Defendants, agree to be bound by the Wave V Settlements, and have obtained or will obtain payment of their share of the settlement proceeds through the action styled, In Re: Receivership of Southwest Exchange, Inc. and Consolidated Litigation, Case No. A535439, pending in the Eighth Judicial District Court of the State of Nevada in and for Clark County, Nevada, Hon. Elizabeth Gonzalez presiding.

DATED this 10th day of May, 2010.

J. Stephen Peek, Esq.
Brad M. Johnston, Esq.
David J. Freeman, Esq.
HOLLAND & HART LLP
3800 Howard Hughes Parkway, 10th Floor
Las Vegas, Nevada 89169

*Attorneys for Plaintiffs NAPA VALLEY I, LLC and NAPA VALLEY II, LLC*

4810180_1

Page 2 of 3

## CERTIFICATE OF SERVICE VIA CM/ECF

I hereby certify that on this 10th day of May, 2010, I did serve, via Case Management/Electronic Case Filing, a copy of the above and foregoing **THE NAPA VALLEY PLAINTIFFS' REQUEST FOR EXCLUSION FROM WAVE V SETTLEMENT CLASS.**

_____
An employee of HOLLAND & HART LLP

## Dineen Bergsing

| | |
|---|---|
| **From:** | Dineen Bergsing |
| **Sent:** | Monday, May 10, 2010 3:13 PM |
| **To:** | 'RLBrace@hbsb.com'; 'mpdenver@hbsb.com'; 'jdmckee@duanemorris.com'; 'rloosvelt@duanemorris.com'; 'tfoley@foleybezek.com'; 'rcurtis@foleybezek.com'; 'kwebster@hpslaw.com'; 'dferrainolo@hpslaw.com'; 'tony@aaznevada.com'; 'jprol@lowenstein.com'; 'aebinger@princekeating.com'; 'dkennedy@baileykennedy.com'; 'jfogelman@gibsondunn.com'; 'lblenkhorn@gibsondunn.com'; 'swetzstein@gibsondunn.com'; 'wbila@wwmlawyers.com'; 'nholmen@wwmlawyers.com'; 'rrodman@wwmlawyers.com'; 'sm@morrislawgroup.com' |
| **Cc:** | Brad Johnston; David Freeman |
| **Subject:** | Bassham/SW Exchange - Napa Valley Plaintiffs' Opt Out Letter |
| **Attachments:** | Untitled.PDF |

Counsel:

Please see attached Napa Valley Plaintiffs' Opt Out Letter.

**Dineen M. Bergsing**
*Legal Assistant to J. Stephen Peek,*
*Justin C. Jones, and David J. Freeman*
Holland & Hart LLP
3800 Howard Hughes Parkway, 10th Floor
Las Vegas, Nevada 89169
(702) 669-4600 - Main
(702) 222-2521 - Direct
(702) 669-4650 - Fax
E-mail: dbergsing@hollandhart.com



**CONFIDENTIALITY NOTICE:** This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this e-mail. Thank you.

5/10/2010